**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: MICHAEL R. SHEMONSKY**, | : | **CIVIL ACTION NO. 3:11-CV-1303** |
| | : | |
| **Appellant** | : | **(Judge Conner)** |

## ORDER

AND NOW, this 16th day of August, 2011, upon consideration of the above-captioned appeal from the United States Bankruptcy Court, and upon further consideration of the order of court (Doc. 2) dated July 28, 2011, wherein the court directed appellant to file a brief in support of the above-captioned appeal, and wherein the court further directed appellant to either pay the filing fee or file a properly supported application for *in forma pauperis* status, and it appearing that, as of the date of this order, appellant has failed to comply with either of these directives, and the court noting that its July 28 order (Doc. 2) provided that failure to comply with the order would result in dismissal of the above-captioned appeal, and the court further noting that Shemonsky has filed a notice of appeal (Doc. 3), indicating that he wishes to appeal the above-captioned case to the Third Circuit Court of Appeals, it is hereby ORDERED that:

1.      The above-captioned appeal is DISMISSED.

2.      The Clerk of Court is directed to CLOSE the above-captioned case.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge